```
                  UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS

EUGENE FLEMON,                     )
        Plaintiff,                 )
                                   )
     v.                            )      CIVIL ACTION
                                   )      NO.  03-12645-DPW
CITIZEN'S BANK,                    )
        Defendant.                 )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    On May 25, 2004 this Court issued a Memorandum and Order of Dismissal (#3) requiring the Plaintiff to show good cause, within 35 days, why the case should not be dismissed for the reasons stated therein.  To date, no response to the Memorandum and Order has been received from the Plaintiff.  Accordingly, for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.


                                                  BY THE COURT,

                                                  /s/Rebecca Greenberg
Dated: July 19, 2004             Deputy Clerk